United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASHA HAWAII HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEPTUNE CONSTRUCTION GROUP INC.,<br><br>　　　　Defendant. | Case No. 24-cv-07417-EMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATON**<br><br>Docket Nos. 13, 28 |

Currently pending before the Court is Judge Westmore's report and recommendation ("R&R"), *see* Docket No. 28, on Plaintiff's motion for default judgment. *See* Docket No. 13. No objections to the R&R were filed, even though Plaintiff served a copy of the R&R on Defendant via mail. *See* Docket No. 29 (proof of service). The motion for default judgment was also served on Defendant via mail. *See* Docket No. 13-1 (proof of service).

The Court has reviewed the R&R and finds it thorough, well reasoned, and correct and, therefore, adopts it in its entirety. Accordingly, Plaintiffs' motion for default judgment is

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**GRANTED**.  The Court awards Plaintiff $120,984.55, which consists of the $120,506.94 in unpaid invoices and $477.81 in costs.

    The Clerk of the Court is instructed to enter a final judgment in accordance with this order and close the file in the case.

    This order disposes of Docket Nos. 13 and 28.

**IT IS SO ORDERED**.

Dated: June 13, 2025

_____
EDWARD M. CHEN
United States District Judge